ELLEN F. ROSENBLUM
Attorney General
JESSICA SPOONER #105919
Assistant Attorney General
MATTHEW A. MAILE #181761
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Jessica.Spooner@doj.state.or.us
matthew.maile@doj.state.or.us

Attorneys for Defendants Oregon Department of Corrections and Brandon Kelly

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Carlton Eugene Hayes, | Case No. 6:18-CV-2006-MC |
| Plaintiff, | OFFER OF JUDGMENT |
| v. | |
| Oregon Department of Corrections, Brandon Kelly - Oregon State Penitentiary- et al, | |
| Defendants. | |

TO:  Carlton Hayes, by and through his attorneys Kevin T. Lafky & Tonyia J. Brady, Lafky & Lafky, 429 Court Street NE, Salem, OR 97301

Pursuant to Fed. R. Civ. P. 68, Defendants the Oregon Department of Corrections ("ODOC") and Brandon Kelly hereby offer to settle this matter and allow entry of judgment in favor of Plaintiff and against them in the sum of Two Hundred and Fifty-One Dollars ($251.00), plus reasonable, legally recoverable attorney fees and costs incurred by Plaintiff through the date

Page 1 -   OFFER OF JUDGMENT
    JS/rrc/9415173-v1

of service of this Offer of Judgment. Plaintiff's attorney fees and costs shall be determined pursuant to Fed. R. Civ. P. 54, LR 54-1, LR 54-3, or other applicable Federal Rule.

This offer is not to be construed as an admission for any purpose. Pursuant to Fed. R. Civ. P. 68, if this offer is not accepted on or before the close of business within fourteen (14) days after being served, it shall be deemed to be revoked.

DATED January __28__, 2019.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

_s/ Jessica Spooner_
JESSICA SPOONER #105919
Assistant Attorney General
MATTHEW A. MAILE #181761
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Jessica.Spooner@doj.state.or.us
matthew.maile@doj.state.or.us
Of Attorneys for Defendants

Plaintiff [ACCEPTS _X_ / DECLINES ____ ] Defendants' Offer of Judgment

For: _[signature]_ OSB #103491    DATED: 2/8/19
KEVIN T. LAFKY OSB #852633
Of Attorneys for Plaintiff

Page 2 -   OFFER OF JUDGMENT
JS/rrc/9415173-v1