IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CARLTON EUGENE HAYES,

    Plaintiff,

v.

OREGON DEPARTMENT OF
CORRECTIONS, BRANDON KELLY,
OREGON STATE PENITENTIARY,

    Defendant.

Civil Case No. 6:18-CV-2006-MC

JUDGMENT

MCSHANE, Judge:

Based upon the accepted Offer of Judgment [19], judgment is entered in favor of plaintiff and against the defendants in the amount of $251.00 plus reasonable, legally recoverable attorney fees and costs incurred by Plaintiff through the date of service of this Offer of Judgment. Plaintiff's attorney fees and costs shall be determined pursuant to Fed. R. Civ. P. 54, LR 54-1, LR 54-3, or other applicable Federal Rule.

IT IS SO ADJUDGED.

    DATED this 12 February, 2019.

                                        Michael McShane
                                        United States District Judge

1 –JUDGEMENT